**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF NEW JERSEY**

| | | |
|---|---|---|
| DAVID BRIONES | : | |
|    Plaintiff | : | |
| | : | |
| v. | : | CIVIL CASE NO. |
| | : | |
| DOLLAR GENERAL | : | **NOTICE OF REMOVAL** |
| CORPORATION, KIMBERLY | : | |
| HAYES, Individually, JANE/JOHN | : | |
| DOE DOLLAR GENERAL | : | |
| EMPLOYEES/MANAGERS 1-10; and | : | |
| ABC CORPS. 1-10 | : | |
|    Defendants | : | |

**TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF NEW JERSEY**

**ON NOTICE TO:**
Jeremiah J. Atkins, Esquire
Hoffman DiMuzio
25- 35 Hunter Street
P.O. Box 7
Woodbury, NJ 08096
*Attorney for Plaintiff*

     **PLEASE TAKE NOTICE** that Defendant Kimberly Hayes (hereinafter "Removing Defendant") hereby removes this action to this Federal Court pursuant to 28 U.S.C. §1441 and 1446, with full reservation of any and all defenses and objections.

     In support of this Notice of Removal, Removing Defendant respectfully submits as follows:

     1.    On August 20, 2024 Plaintiff filed a Civil Action Complaint against Dollar General Corporation, J. Tyler, Dollar General Employee/Managers and "John/Jane Doe" Defendants in the Superior Court of New Jersey for Cumberland County styled as: David Briones v. Dollar General Corporation, J. Tyler, Individually, John/Jane Doe Dollar General Employees/Managers 1-10 And ABC Corps. 1-10, at Docket CUM-L-488-24.  A copy of the Complaint is attached and marked as Exhibit "A."

2.     On October 3, 2024 Defendant Dollar General Corporation, only, filed an Answer to Plaintiff's Complaint.  See Exhibit "B."

3.     On November 15, 2024, the parties stipulated to, and the State Court approved and permitted, an Amended Complaint removing original defendant "J Tyler" and adding new defendant "Kimberly Hayes" with the removal of the original Count One of the Complaint.  A copy of the November 15, 2024 Order is attached as Exhibit "C."

4.     On November 18, 2024 Plaintiff filed the First Amended Complaint in which Removing Defendant Kimberly Hayes is named.  A copy of the Amended Complaint is attached and marked as Exhibit "D."

5.     Removal is timely pursuant to 28 U.S.C. §1446(b) in that this Petition is being filed within thirty (30) days after Removing Defendant received the initial pleading setting forth the claim for relief upon which the action is based.

6.     The Superior Court of New Jersey of Cumberland County is located within the district for the United States District Court for the District of New Jersey.

7.     Any civil action over which a district court has original jurisdiction may be removed to the district court embracing the place where such action is pending. See 28 U.S.C. § 1441(a).

8.     A district court has original jurisdiction of all civil actions arising under the laws of the United States. See 28 U.S.C. § 1331. This action arises under a federal law because Plaintiff's Complaint includes a claim under 42 U.S.C. § 2000a to a(6).  See Exhibit "D" at Count One.

9.     Under 28 U.S.C. § 1367, when a federal court has original jurisdiction of one claim, it has supplemental jurisdiction over any other claims that are part of the same case or controversy.

Plaintiff's state law claims in this action form the same case or controversy as his Discrimination in Public Accommodation claims under Count One.   Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims.

10.    All named Defendants consent to this Removal and are unanimous.

11.    Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings and Orders that have transpired in the State Court Action have been attached at Exhibits "A" through "D."

12.    In compliance with 28 U.S.C. §1446(d), Defendant will, upon receipt of a federal court docket number, promptly serve the Cumberland County Clerk of Court with a true copy of the within Petition for Removal.

WHEREFORE, the Removing Defendant hereby gives notice that the above action now pending against it in the Superior Court of New Jersey – Cumberland County is removed to the United States District Court for District of New Jersey.

Respectfully submitted,

**PISANO LAW FIRM**

By:    /s/ Matthew T. Pisano
        Matthew T. Pisano, Esquire
        Attorney for Removing Defendant
        Kimberly Hayes

Date:  November 20, 2024

## CERTIFICATE OF SERVICE

I hereby certify that aforementioned was filed electronically and is available for viewing and downloading from the Electronic Filing System. Service is thereby made on counsel who are registered to file electronically with the United States District Court - District of New Jersey; otherwise, service will be by way of first class mail, postage prepaid, addressed as follows:

Jeremiah J. Atkins, Esquire
Hoffman DiMuzio
25- 35 Hunter Street
P.O. Box 7
Woodbury, NJ 08096
Attorney for Plaintiff

Respectfully submitted,

**PISANO LAW FIRM**

By:    /s/ Matthew T. Pisano
Matthew T. Pisano, Esquire
Attorney for Removing Defendant
Kimberly Hayes

Date:   November 20, 2024